**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Tirrell LEWIS, Defendant—Appellant.**

No. 08–30300.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 14, 2009.

James Edmund Seykora, Esquire, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Steven C. Babcock, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

Tirrell Lewis appeals from the 96–month sentence imposed following his jury trial conviction for being a felon in possession of a firearm and being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lewis contends that the district court abused its discretion by denying his counsel's request for a third continuance to obtain a trial witness. The district court did not abuse its discretion because the denial of the motion for a continuance was neither arbitrary, nor unreasonable. *See United States v. Tham,* 960 F.2d 1391, 1396–97 (9th Cir.1992). Furthermore, Lewis has not shown that the denial resulted in actual prejudice. *See United States v. Shirley,* 884 F.2d 1130, 1135 (9th Cir.1989).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.